**Pietro BIEZER, Movant/Appellant,**

v.

**STATE of Missouri, Defendant/Respondent.**

**No. ED 81214.**

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 23, 2003.

Kent Denzel, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., & Patrick Morgan, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Pietro Biezer appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. The trial court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. The parties have, however, been provided with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).